# MEMORANDUM CASE.

[Crim. No. 2737. In Bank.—April 11, 1925.]

In the Matter of the Application of ANGELO BIARDO for a Writ of Habeas Corpus.

[Crim. No. 2738. In Bank.—April 11, 1925.]

In the Matter of the Application of JACK BIARDO for a Writ of Habeas Corpus.

[Crim. No. 2739. In Bank.—April 11, 1925.]

In the Matter of the Application of JOHN CERRUTI for a Writ of Habeas Corpus.

[Crim. No. 2740. In Bank.—April 11, 1925.]

In the Matter of the Application of G. SPORTUNIO for a Writ of Habeas Corpus.

[1] CRIMINAL LAW — USE OF BEACH-SEINE — PLEADING. — Writ of *habeas corpus* denied and petitioner remanded in each of the above-entitled cases upon the authority of *Ex parte Berto, ante,* p. 774.

PROCEEDINGS in Habeas Corpus to release petitioners from charge of violating section 636 of the Penal Code. Writs discharged and petitioners remanded.

The precise point presented in each of the above-entitled petitions is the same as in *Ex parte Berto, ante,* p. 774.

I. F. Chapman and F. A. Berry for Petitioners.

B. D. Marx Greene for Respondent.

THE COURT.—The precise point is presented in each of the above-entitled petitions as was presented and decided this day in *Ex parte Berto, ante,* p. 774 [235 Pac. 735]. Upon the authority of that case the writ is discharged and the petitioner remanded in each of the above-entitled matters.